IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOAN W. VAILLANCOURT ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 98-115 (CCB) |
| ) | |
| CCH INCORPORATED ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FINAL DISMISSAL

The parties having satisfactorily resolved the above-referenced matter and sufficient cause appearing therefor, now, upon request of the Parties, it is hereby

ORDERED that the instant action be and the same hereby is dismissed in its entirety, with prejudice and without an award of costs or attorneys' fees to either side.

_____
United States District Judge

Dated: _October 20_, 2000

Copies To:

John Singleton, Esquire
Albertini. Singleton, Gendler & Darby, L.L.P.
Ten East Eager Street
Baltimore, Maryland

Karen A. Khan, Esquire
Jackson, Lewis, Schnitzler & Krupman
1350 I Street, N.W.,
Washington, D.C. 20005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOAN W. VAILLANCOURT ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 98-115(CCB) |
| ) | |
| CCH INCORPORATED ) | |
| ) | |
| Defendant. ) | |

## STIPULATED ORDER OF FINAL DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Parties hereto, through their undersigned counsel who are authorized by their respective clients to execute this Stipulation, that the above-captioned action be dismissed, in its entirety, with prejudice, and with no award of costs, attorney's fees, and/or disbursements.

BY THE PARTIES:

By: _____          By: _____
John M. Singleton, Esquire                   Karen A. Khan, Esquire
Attorney for Plaintiff                              Attorney for Defendant